POTTER COUNTY
Caroline Woodburn
DISTRICT CLERK

P.O. Box 9570
Amarillo, Texas  79105-9570
501 S. Fillmore - Suite 1B

(806) 379-2300
Fax: (806) 372-5061
districtclerk@co.potter.tx.us

=================================================================

WRIT OF HABEAS CORPUS

MARCH 24, 2015

NOTICE OF RECEIPT OF MANDATE

COURT OF APPEALS NUMBER:   WR-80635-02
TRIAL COURT CAUSE NUMBER:   W-037880-02-D

EX PARTE:DANA MARIE CONTRERAS
 VS THE STATE OF TEXAS

PURSUANT TO THE RULES OF APPELLATE PROCEDURE, NOTICE IS HEREBY GIVEN
THAT THE MANDATE OF THE COURT OF CRIMINAL APPEALS OF TEXAS IN THE ABOVE
STYLED AND NUMBERED CAUSE HAS BEEN RECEIVED AND IS FILED AMONG THE
PAPERS OF THE CAUSE.

CAROLINE WOODBURN, DISTRICT CLERK
POTTER COUNTY, TEXAS

CCAMAN

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk